**Motion Denied; Order filed October 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00094-CV
_____

### ALAN NELSON CROTTS, Appellant

### V.

### JESSALYN ELIZABETH COLE, Appellee

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73368**

---

## ORDER

Appellant's brief was filed on April 23, 2014. On August 15, 2014, appellee moved to dismiss the appeal, asserting appellant had not properly presented this cause in his brief. Appellant filed a response in opposition to dismissal and a motion for leave to amend his brief. On August 28, 2014, this court denied appellee's motion to dismiss, granted appellant's motion for leave to file an amended brief, and ordered appellant to file an amended brief in compliance with the appellate rules. The amended brief was due on or before September 26, 2014.

On October 15, 2014, appellee has filed another motion to dismiss, asserting that appellant failed to file an amended brief in accordance with this court's order. While it appears that appellant did not respond to this court's order, appellant actually filed his amended brief on August 27, 2014, after this court's order for re-briefing was scheduled for issuance. Appellant's amended brief substantially complies with the appellate rules.

Accordingly, we **DENY** appellee's motion to dismiss. Appellee filed a brief on May 27, 2014, in response to appellant's original brief. If appellee desires to file an amended brief to address appellant's amended brief, the amended appellee's brief shall be due on or before **November 28, 2014.**

PER CURIAM